UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| GERALD JONES, | : |
|     Petitioner, | : |
| | : |
| v. | :    No. 2:99-cv-04718 |
| | : |
| SUPERINTENDENT DONALD | : |
| VAUGHN, THE ATTORNEY GENERAL | : |
| OF THE STATE OF PENNSYLVANIA | : |
| MIKE FISHER, and LYNNE ABRAHAM, | : |
|     Respondents. | : |

_____

# O R D E R

**AND NOW**, this 14th day of January, 2022, upon consideration of pro se Petitioner Gerald Jones' Motion to Alter or Amend Judgment, ECF No. 25, Jones' Supplement to his motion, ECF No. 30, the Respondents' response thereto, ECF No. 40, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

Jones' motion, ECF No. 25, is **DISMISSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge